IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KUNAL CHHETRI,<br>DHS File Number: A212-884-296,<br><br>    *Petitioner*,<br><br>V.<br><br>TODD BLANCHE, Attorney General of the<br>United States; *et al*.,<br><br>    *Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. SA-26-CV-02357-FB |

## <u>ORDER OF DISMISSAL AND JUDGMENT</u>

Before the Court are the Petitioner Kunal Chhetri's ("Petitioner) Petition for Writ of Habeas

Corpus Under 28 U.S.C. 2241 ("Petition") (ECF No. 1) and the Federal Respondents' ("Respondents")

response (ECF No. 8).  After careful consideration, the Petition is DISMISSED AS SUCCESSIVE.

## <u>BACKGROUND</u>

Petitioner is currently detained at the South Texas Detention Center in Pearsall, Texas, located

in the Western District of Texas.  Petitioner argues that Petitioner's detention is unlawful and asks the

Court to order Petitioner's release.

Petitioner entered the United States in 2017, and upon entry Immigration and Customs

Enforcement ("ICE") apprehended and released Petitioner.  On September 11, 2025, Petitioner was

convicted in the Del Rio Division of an aggravated felony, Conspiracy to Transport Illegal Aliens.  ICE

detained Petitioner again on November 1, 2025.  Petitioner remains detained while Petitioner appeals

an immigration judge's February 19, 2026, order of removal.

On February 25, 2026, Petitioner, through counsel, filed a petition for habeas corpus seeking

his release from confinement under the Fifth Amendment.  *See Chhetri v. Noem*, Civil Action No. SA-

26-cv-01238-FB.  On March 17, 2026, his Petition was granted in part and Respondents were ordered

to provide Petitioner with a bond hearing in Immigration Court. (*Id.* at ECF No. 10).  Petitioner was subsequently provided a bond hearing; however, the Immigration Judge denied bond, finding Petitioner to be a to be a danger to society and a high flight risk.  (*Id.* at ECF No. 12 & Exhibit A).  On April 9, 2026, Petitioner, still represented by counsel, filed this successive petition seeking release from confinement, maintaining his continued detention violates the Fifth Amendment.

### DISCUSSION

A petition is successive when it raises a claim for release "that was or could have been raised in an earlier petition." *In re Robinson*, 917 F.3d 856, 862 (5th Cir. 2019) (quoting *In re Edwards*, 865 F.3d 197, 203 (5th Cir. 2017). Here, the main argument raised in both petitions, namely that continued detention violates the Due Process Clause, was previously addressed in Civil Action No. SA-26-cv-01238-FB.  (Compare ECF No. 1 with Civil Action No. SA-26-cv-01238-FB (ECF No. 1)). As result, Petitioner's second habeas petition is successive and subject to dismissal.

### CONCLUSION

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Petitioner Kunal Chhetri's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is DISMISSED AS SUCCESSIVE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 30th day of June, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE